# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-00919 DDP (OPx) | Date | March 31, 2014 |
| Title | KEVIN J. DUNNE, an individual and CATHERINE M. DUNNE, an individual -V- JPMORGAN CHASE BANK, N.A., a National Banking Association | | |

| Present: The Honorable | DEAN D. PREGERSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| John A. Chambers | Maria Bustillos | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Heather M. McKeon | Christopher R. Farnsworth<br>Terry Ross | |

Proceedings:

MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT FILED BY DEFENDANT JPMORGAN CHASE BANK NA (DOCKET NUMBER 46)

Court hears oral argument and takes the matter under submission.

0 0 : 06

Initials of Preparer    JAC